IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv42

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, ex rel. WARREN CHRSITOPHER WALL,<br><br>　　Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>　　Defendants. | ORDER |

Pending before the Court is the Motion to Unseal Documents [# 64]. The United States moves the Court to unseal specific documents in this case. Upon a review of the record, the Court **GRANTS** the motion [# 64]. The Court **DIRECTS** the Clerk to **UNSEAL** the Notice of Intervention in Part [# 60], the Second Amended Complaint [# 21], and the Notice of Executed Settlement Agreement [# 63]. In addition, the Clerk shall not file this Order under seal. The remaining filings in this case shall remain under seal until further Order of this Court. Finally, all future pleadings filed in this case shall be unsealed.

Signed: January 12, 2017

Dennis L. Howell
United States Magistrate Judge