# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Warren Christopher Wall, *as relator on behalf of the United States of America, and the States of California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Iowa, Maryland, Massachusetts, New York, North Carolina, Virginia and Washington,* | ) ) ) ) ) ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:13-cv-00042-MR-DLH |
| vs. | ) ) | |
| Baxter Healthcare Corporation Baxter International, Inc., | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2017 Order.

May 10, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court