# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00042-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, and The STATES OF CALIFORNIA, COLORADO, CONNECTICUT, GEORGIA, HAWAII, ILLINOIS, IOWA, MARYLAND, MASSACHUSETTS, NEW YORK, NORTH CAROLINA, VIRGINIA, and WASHINGTON, *ex rel.* WARREN CHRISTOPHER WALL,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Relator's Notice of Settlement of Fees, Expenses and Costs and Relator's Motion to Dismiss These Claims [Doc. 77].

For the reasons stated in the Relator's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Relator's Motion [Doc. 77] is **GRANTED**, and the Relator's claims for attorneys' fees, expenses, and costs under 31 U.S.C. § 3730(d) are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 21, 2017

Martin Reidinger
United States District Judge